

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FRANK ALLEN BERTRAM | : | PRISONER |
| | : | CIVIL NO. 3:02CV1613 (AVC)(TPS) |
| VS. | : | |
| | : | |
| JOHN ARMSTRONG, ET AL. | : | OCTOBER 27, 2003 |

## MOTION TO DISMISS

Pursuant to Rule 37(b)(2) and Rule 37(d) of the Federal Rules of Civil Procedure, the defendants hereby move to dismiss the Complaint for failure of the plaintiff to respond to defendants' First Set of Interrogatories and Request for Production dated February 11, 2003. In support of this motion, the defendants represent:

1.  On February 11, 2003, the defendants mailed to the plaintiff defendants' First Set of Interrogatories and Request for Production.

2.  When the plaintiff had not responded to defendants' discovery request by April 24, 2003, counsel of the defendants sent him a letter indicating that the defendants would file a motion to compel disclosure and discovery responses if the plaintiff did not respond to defendants' discovery requests by May 10, 2003.

3.  Having received no discovery responses, the defendants filed a motion to compel discovery responses on May 16, 2003.

**ORAL ARGUMENT NOT REQUESTED**

4.  On June 27, 2003, the Court entered an order requiring the plaintiff to respond to all outstanding discovery requests by July 17, 2003.

5.  Under the current scheduling order, all dispositive motions in this case were to be filed by September 14, 2003. Having received no discovery responses from the plaintiff, the defendants received an extension of time to November 1, 2003 within which to file a dispositive motion. In their motion for extension of time dated September 4, 20003, the defendants noted that they would move for a dismissal of this action if the plaintiff did not respond to all outstanding discovery by October 26, 2003.

6.  It is now October 27, 2003, and the plaintiff has failed to respond in any way to the defendants' discovery requests and has failed and refused to comply with the order of the Court requiring that discovery responses be filed by the plaintiff by July 17, 2003.

7.  As detailed in the defendants' earlier memorandum in support of their motion to compel, the information and documents sought by the defendants are necessary to fully understand the nature of the complaint, the nature of the plaintiff's medical condition, any evaluations and treatments he may have received for his medical condition and any alleged damages he may be seeking in this and other lawsuits.

**WHEREFORE**, the defendants respectfully request that the complaint in this case by dismissed for failure to respond to defendants' discovery requests and failure to comply with the order of the Court entered on June 27, 2003.

DEFENDANTS
John Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Richard T. Couture
Assistant Attorney General
Federal Bar No. ct05480
110 Sherman Street
Hartford, CT  06105
Telephone No.: (860) 808-5450
Fax No.: (860) 808-5591
E-Mail: richard.couture@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent by first class mail, postage prepaid, this 27th day of October, 2003, to:

Frank Allen Bertram, No. 74523
Adult Correctional Institution
Medium Security 1
P.O. Box 8274
Cranston, RI  02920

_____
Richard T. Couture
Assistant Attorney General