UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JAN 27 A 9:58

PRISONER
U.S. DISTRICT COURT
HARTFORD, CT.

FRANK ALLEN BERTRAM

v.                    :  Case No. 3:02CV1613(AVC)(TPS)

JOHN ARMSTRONG, et al.

## ORDER

Plaintiff, currently incarcerated at the Adult Correctional Institution in Cranston, Rhode Island, filed this civil rights action pro se and in forma pauperis pursuant to 28 U.S.C. § 1915. On October 29, 2003, the defendants filed a motion to dismiss this action pursuant to Rule 37(d), Fed. R. Civ. P., for plaintiff's failure to respond to discovery requests despite a court order that he respond. Plaintiff has not responded to the motion to dismiss.

Plaintiff is hereby ordered to show cause why this case should not be dismissed for his failure to cooperate in discovery and comply with this court's order. Plaintiff shall file his response within **twenty (20)** days from the date of this order. If the court has not received plaintiff's response within that time, defendants' motion will be granted and this case dismissed.

**SO ORDERED.**

Entered this 27th day of January, 2004, at Hartford, Connecticut.

Thomas P. Smith
United States Magistrate Judge