UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FRANK ALLEN BERTRAM :
:
v. : C.A. No.: 3:02CV1613 (AVC)(TPS)
:
JOHN ARMSTRONG, et als. :

FILED
2004 FEB 17 A 9:58

## PLAINTIFF'S RESPONSE TO SHOW CAUSE ORDER

Now comes the Plaintiff, Frank Bertram, and hereby provides his response to an Order of this Honorable Court dated January 27, 2004, in which this Court directed the Plaintiff to show cause why the within action should not be dismissed for failure to respond to discovery requests despite a court order to provide responses to the discovery.

Plaintiff sets forth in the first instance that he is prosecuting this action *pro se* and *in forma pauperis*. Moreover, Plaintiff is presently incarcerated under the custody of the Rhode Island Department of Corrections. Furthermore, the Plaintiff is presently recovering from extensive surgery performed on his back and has and is presently undergoing daily/extensive physical therapy.

Accordingly, the Plaintiff has been attempting to compile appropriate responses to the defendant's discovery requests under the conditions set forth above and as a result has encountered delays.

However, Plaintiff hereby sets forth that he has now responded to the defendant's interrogatories and request for production dated on or about February 11, 2003. In so doing, the Plaintiff has complied with this Court's prior order directing the Plaintiff to respond to the discovery in question.

                        Plaintiff,

                        Frank Bertram

                        *[signature]*
                        Pro Se
                        Inmate #74523
                        P.O. Box 8274
                        ACI Medium Security
                        Cranston, RI  02920

Dated: February 14/2004

## **CERTIFICATION**

      I hereby certify that I sent a true copy of the within document via federal express, postage prepaid on this 14th day of February, 2004 to the following:

Civil Clerk
United States District Court
915 Lafayette Boulevard
Bridgeport, CT 06604

Richard T. Couture, Esq.
Assistant Attorney General
Connecticut Department of Attorney General
110 Sherman Street
Hartford, CT 06105

*[signature]*