UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| | | PRISONER |
| FRANK ALLEN BERTRAM | : | CIVIL NO. 3:02CV1613 (AVC)(TPS) |
| v. | : | |
| JOHN ARMSTRONG, ET AL. | : | FEBRUARY 20, 2004 |

### DEFENDANTS' REPLY TO PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

On January 27, 2004, this Court directed the plaintiff to show cause why this action should not be dismissed for failure of the plaintiff to respond to defendants' discovery requests despite the Court's order that he respond.

On February 17, 2004, counsel for defendants received plaintiff's responses to defendants' interrogatories and production requests which had been served on the plaintiff back on February 11, 2003.

The medical records provided by the plaintiff in response to defendants' production request consist largely of his records from Connecticut which the defendants had specifically excluded from their discovery requests. The plaintiff did provide some medical records from Rhode Island covering the period since his transfer from Connecticut on May 23, 2001, and instructed defendants' counsel to write to various medical providers in Rhode Island for copies of additional records.

The fact that the plaintiff is incarcerated in Rhode Island and underwent back surgery at some point in 2003 does not in any way adequately explain or justify the failure to respond to discovery requests and a Court order over a period of twelve months. Even at this point, the defendants are now instructed by the plaintiff to write to various medical providers in Rhode

Island in an effort to obtain his medical records. This process could add another several months to the delay in receiving requested medical records.

The defendants believe that the plaintiff has not shown adequate cause as to why this case should not be dismissed and would restate and reaffirm their request that this case be dismissed.

In the event that the Court should decide not to dismiss this case, then the defendants would request a further modification of the scheduling order allowing time to obtain medical records from Rhode Island and to prepare and file a motion for summary judgment. In the event that this case is not dismissed, the defendants respectfully request an extension of time to June 1, 2004 within which to file a motion for summary judgment.

    DEFENDANTS
John Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY: _____
Richard T. Couture
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct05480
E-Mail:  richard.couture@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

2

## CERTIFICATION

      I hereby certify that a copy of the foregoing was sent by first class mail, postage prepaid, this 20th day of February, 2004, to:

Frank Allen Bertram, No. 74523
Adult Correctional Institution
Medium Security
P.O. Box 8274
Cranston, RI  02920

_____
Richard T. Couture
Assistant Attorney General