UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 FEB 23  P 3:52

U.S. DISTRICT COURT
HARTFORD, CT.

FRANK ALLEN BERTRAM  :
                    :           PRISONER
        v.          :  CASE NO. 3:02CV1613(AVC)(TPS)
                    :
JOHN ARMSTRONG, et al. :

## RULING AND ORDER

Pending is defendants' motion to dismiss this action for plaintiff's failure to comply with the court's order directing that he respond to outstanding discovery requests. For the reasons that follow, defendants' motion is denied.

In February 2003, defendants served interrogatories and requests for production on plaintiff. When he failed to respond, defendants filed a motion to compel. On June 27, 2003, the court granted the motion to compel and ordered the plaintiff to respond on or before July 17, 2003. When plaintiff failed to comply with the court's order, the defendants, on October 29, 2003, filed a motion to dismiss the action. Plaintiff did not respond to the motion. On January 27, 2004, the court ordered plaintiff to show cause why this case should not be dismissed.

On February 17, 2004, plaintiff responded to the order to show cause. He stated that he is recovering from extensive back surgery and now has responded to the discovery requests.

The fact that plaintiff is proceeding *pro se* does not excuse him from the obligation to respond to discovery requests. "[A]ll

litigants, including *pro ses,* have an obligation to comply with court orders. When they flout that obligation they, like all litigants, must suffer the consequences of their actions." McDonald v. Head Criminal Court Supervisor, 850 F.2d 121, 124 (2d Cir. 1988). Plaintiff should have informed the court of his medical condition and sought an extension of time to respond to the initial discovery requests or the court's order compelling his response. Because plaintiff now has responded to the discovery requests, however, the court will not dismiss the case at this time.

Defendants' Motion to Dismiss [**doc. #20**] is **DENIED**. Defendants are afforded an extension of time until **April 15, 2004**, to file a dispositive motion. Plaintiff is cautioned that failure to comply with future court orders can result in the dismissal of his case.

**SO ORDERED** this 23RD day of February, 2003, at Hartford, Connecticut.

_____
Alfred V. Covello
United States District Judge