UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 MAR -8  A 9: 49

PRISONER
U.S. DISTRICT COURT
HARTFORD, CT.

FRANK ALLEN BERTRAM

v.

JOHN ARMSTRONG, et al.

CASE NO. 3:02CV1603(AVC)(TPS)

ORDER

Defendants filed a motion to dismiss this case for plaintiff's failure to respond to discovery requests. In response, plaintiff indicated that he has responded to all outstanding discovery requests. Thus, on February 23, 2004, the court denied defendants' motion to dismiss and ordered them to file a dispositive motion by April 15, 2004. That same day, the court received defendants' reply to plaintiff's response. Defendants reported that plaintiff had not provided all of the discovery required. Instead, plaintiff referred defendants to other medical providers. Defendants asked that any deadline for filing dispositive motions be extended to June 1, 2004.

The court did not have the benefit of defendants' reply when it established the deadlines. In light of the information in the reply, the deadline for filing dispositive motions is extended until **June 1, 2004**.

**SO ORDERED** this ___8TH___ day of March, 2004, at Hartford, Connecticut.

Thomas P. Smith
United States Magistrate Judge