UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FRANK ALLEN BERTRAM | : | PRISONER<br>CIVIL NO. 3:02CV1613 (AVC)(TPS) |
| v. | : | |
| JOHN ARMSTRONG, ET AL. | : | MAY 27, 2004 |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the defendants respectfully move for summary judgment in their favor for the reason that there is no genuine issue as to any material fact and the defendants are entitled to judgment as a matter of law. The undisputed material facts show the following:

1. The defendants did not violate any constitutional rights of the plaintiff.

2. Alternatively, the defendants are entitled to qualified immunity in that their conduct did not violate any clearly established constitutional rights.

In support of this motion, the defendants have filed herewith:

(a) Affidavit of Timothy Silvis, M.D., with attached exhibits A through FF;

(b) Affidavit of Edward Blanchette, M.D., with attached exhibits A through E;

(c) Affidavit of Leslie Wolfson, M.D., with attached exhibits A through G;

(d) Affidavit of Jack Tokarz with attached exhibits A and B;

(e) Affidavit of Mark Strange;

(f) Local Rule 56(a)1 Statement; and

(g) A Memorandum of Law.

                                      DEFENDANTS
                                      John Armstrong, et al.

                                      RICHARD BLUMENTHAL
                                      ATTORNEY GENERAL


BY:          /s/
                                      Richard T. Couture
                                      Assistant Attorney General
                                      110 Sherman Street
                                      Hartford, CT  06105
                                      Federal Bar #ct05480
                                      E-Mail:  richard.couture@po.state.ct.us
                                      Tel.: (860) 808-5450
                                      Fax: (860) 808-5591


## **CERTIFICATION**

      I hereby certify that a copy of the foregoing Motion for Summary Judgment was mailed on this 27th day of May, 2004, to:

    Frank Allen Bertram, No. 74523
    Adult Correctional Institution
    Medium Security 1
    P.O. Box 8274
    Cranston, RI  02920


                                                  /s/
                                        Richard T. Couture
                                        Assistant Attorney General