**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**


|                            |   | PRISONER                         |
|----------------------------|---|----------------------------------|
| FRANK ALLEN BERTRAM        | : | CIVIL NO. 3:02CV1613 (AVC)(TPS)  |
| v.                         | : |                                  |
| JOHN ARMSTRONG, ET AL.     | : | MAY 27, 2004                     |

**NOTICE OF MANUAL FILING**

Please take notice that defendants, John Armstrong, et al., have manually filed the following documents:

1. Exhibits A through E – Affidavit of Edward Blanchette, M.D.;
2. Exhibits A through FF – Affidavit of Timothy Silvis, M.D.;
3. Exhibits A and B – Affidavit of Jack Tokarz; and
4. Exhibits A through G – Affidavit of Leslie Wolfson, M.D.

These documents have not been filed electronically because

[ X]    the documents cannot be converted to an electronic format
[  ]    the electronic file size of the document exceeds 1.5 megabytes
[  ]    the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[  ]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents have been manually served on all parties.

DEFENDANTS
John Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:    _____/s/_____
Richard T. Couture
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct05480
E-Mail:  richard.couture@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing Notice of Manual Filing was mailed on this

27th day of May, 2004, to:

Frank Allen Bertram, No. 74523
Adult Correctional Institution
Medium Security 1
P.O. Box 8274
Cranston, RI  02920

_____/s/_____
Richard T. Couture
Assistant Attorney General