UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
|  | : | PRISONER |
| FRANK ALLEN BERTRAM | : | CIVIL NO. 3:02CV1613 (AVC)(TPS) |
| v. | : |  |
| JOHN ARMSTRONG, ET AL. | : | MAY 27, 2004 |

**AFFIDAVIT OF JACK TOKARZ IN SUPPORT OF**
**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Jack Tokarz, being first duly sworn, deposes and says:

1. I retired from the Connecticut Department of Correction ("DOC") in April, 2003.

2. At the time of my retirement and for several years prior thereto, I was Deputy Commissioner for Programs and Treatment at DOC.

3. On or about March 23, 2001, Mr. Frank Bertram sent a letter to DOC Commissioner John Armstrong complaining that he was experiencing delays in getting tests and treatment for a back condition due to approvals required from the Correctional Managed Health Care Utilization Review Committee and the Rhode Island DOC. See letter of March 23, 2001 attached hereto as Exhibit A.

4. Upon receipt of Mr. Bertram's letter of March 23, 2001, Commissioner Armstrong asked if I would check into Mr. Bertram's complaint and the status of DOC's response to Mr. Bertram's complaint and then prepare a reply to his letter.

5. Upon inquiring as to the status of Mr. Bertram's complaint regarding evaluation and treatment for a back condition, I learned that Dr. Timothy Silvis from the MacDougall Correctional Institution ("MCI") had recently seen Mr. Bertram and had provided the Utilization

Review Committee with an updated report on Mr. Bertram's back condition. I further learned that this updated information had been forwarded to the Rhode Island DOC for their review and decision as to whether or not they would approve further evaluation. I then informed Mr. Bertram by letter about what I had learned regarding the status of his complaint regarding further tests and treatment. See letter of April 6, 2001 attached hereto as Exhibit B.

6. After my reply to Mr. Bertram on April 6, 2001, I do not recall receiving any further communication regarding Mr. Bertram.

7. As the Deputy Commissioner for Programs and Treatment for DOC, I was familiar with the Interstate Corrections Compact requirements for pre-approval from the sending state for any non-routine care that is not deemed an emergency. The Connecticut DOC has often had to make arrangements for our inmates who are placed out-of-state to return to Connecticut for evaluation and treatment of conditions of a non-routine nature that develop during the inmate's out-of-state placement. Similarly, our medical staff often deem it advisable from a medical standpoint to return an out-of-state inmate to his home jurisdiction for follow-up evaluation and treatment of a non-routine nature for conditions that may arise while the inmate is in Connecticut.

8. As a person with no particular medical expertise, I would routinely rely upon the information provided to me by our medical staff in response to inmate medical complaints that were forwarded to Commissioner Armstrong or myself. In this case, it seemed reasonable to me that the plaintiff's back problem was described as non-routine and that prior approval for subsequent follow-up evaluation and treatment would have to be obtained from Rhode Island. In my opinion, the decision to return Mr. Bertram to Rhode Island was reasonable in that it would

allow Rhode Island DOC to make their decisions based upon the first-hand observations of their medical staff without any delay that is inherent in the prior review and approval process.

I, Jack Tokarz, do hereby swear that the contents of the foregoing affidavit are true and accurate to the best of my knowledge and belief.

_____/s/_____
Jack Tokarz

Subscribed and sworn to, before me, this _18th_ day of May, 2004.

_____/s/_____
Notary Public / Commissioner of the Superior Court

3

        DEFENDANTS
John Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____/s/_____
      Richard T. Couture
      Assistant Attorney General
      110 Sherman Street
      Hartford, CT  06105
      Federal Bar #ct05480
      E-Mail:  richard.couture@po.state.ct.us
      Tel.: (860) 808-5450
      Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Affidavit of Jack Tokarz with attached exhibits was mailed on this 27th day of May, 2004, to:

Frank Allen Bertram, No. 74523
Adult Correctional Institution
Medium Security 1
P.O. Box 8274
Cranston, RI  02920

_____/s/_____
Richard T. Couture
Assistant Attorney General