UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| FRANK ALLEN BERTRAM | : | PRISONER<br>CIVIL NO. 3:02CV1613 (AVC)(TPS) |
| v. | : |  |
| JOHN ARMSTRONG, ET AL. | : | MAY 27, 2004 |

**AFFIDAVIT OF LESLIE WOLFSON, M.D.,
IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Leslie Wolfson, M.D., being first duly sworn, deposes and says:

1. I am a physician licensed to practice Medicine in the State of Connecticut with Board Certification in Neurology.

2. I am a Professor of Neurology at the University of Connecticut School of Medicine. I have also served as Chief of Neurology at the John Dempsey Hospital and Director of Neurology at Hartford Hospital from 1990 to the present.

3. My curriculum vitae is attached hereto as Exhibit A and contains a listing of my training and education, academic appointments, hospital appointments and publications.

4. During an admission to John Dempsey Hospital on October 26, 2000, Mr. Frank Bertram was referred to the Neurology Department for an assessment in view of his complaint of headaches and ataxia. Mr. Bertram was first examined by Residents in the Department who prepared a written report of their findings. I then reviewed their report, examined Mr. Bertram and noted my concurrence with their findings.

5. When we examined Mr. Bertram, his primary complaint had to do with recurrent headaches which had worsened to the point where he was transported to the hospital for evaluation. He also reported a more recent onset of lower back pain accompanied by leg

weakness and a numb feeling over his lower back and torso which was making him unsteady on his feet. Upon exam, Mr. Bertram was found to have good muscle strength in all extremities, positive sensation to pin touch in extremities and trunk, negative Rhomberg, deep tendon reflexes that were 2-3$^+$ bilaterally, grossly intact cranial nerves, intact rapid alternating hand movements and ability to stand on one leg with effort. See John Dempsey Hospital records attached hereto as Exhibit B.

6. Mr. Bertram received a thorough neurological examination with input and observations from Neurology Residents as well as myself. The results of the exam were quite normal and were not consistent with some of the symptoms reported by Mr. Bertram. We did not detect any neurological deficits that would suggest the need for a further neurological workup at that time. In view of the fact that Mr. Bertram's primary complaint related to the severity of his headaches, the relatively normal findings of the neurological examination, and the fact that an MRI of the head had already been done, we did not see any indication at that time for an MRI of the thoracic spine.

7. Following his visit to John Dempsey Hospital on October 26, 2000, Mr. Bertram returned to the hospital for an MRI of the lumbar spine on December 8, 2000. The results of this MRI showed spinal stenosis and disc bulges in the lumbar spine area. See MRI results attached hereto as Exhibit C. The pressure on the spinal cord which often results from spinal stenosis and disc bulges may certainly produce leg weakness and numbness as had been reported by Mr. Bertram.

8. Mr. Bertram was apparently transferred back to Rhode Island on May 23, 2001. In view of the fact that non-routine consultations, testing and treatment required the prior approval of Rhode Island correctional medical professionals, it was prudent in my opinion for the

Connecticut Department of Correction to have transferred Mr. Bertram back to Rhode Island where any subsequent evaluations and treatments could be accomplished without the continuous need to seek prior authorization. It was likely that the spinal stenosis and disc bulging would require subsequent monitoring and possible surgical intervention which could be accomplished much more efficiently in Rhode Island.

9.  The Connecticut Attorney General's Office recently obtained medical records from medical providers in Rhode Island which provide some information as to the course of Mr. Bertram's evaluation and treatment after his return to Rhode Island. Having reviewed those records, it does not appear as though Mr. Bertram had any testing or evaluation in Rhode Island with respect to his complaints of leg weakness and numbness until November 16, 2001. At that time an MRI of the thoracic spine was conducted which, in turn, led to a follow-up MRI of the thoracic spine on December 11, 2001. See MRIs attached hereto as Exhibit D. These MRIs showed a cystic area in the upper thoracic spine which was thought to most likely be an arachnoid cyst.

10. Following these MRI results, Mr. Bertram was seen by a Dr. James McLennan on January 31, 2002 for a follow-up evaluation. At that time, Dr. McLennan noted that Mr. Bertram's symptoms had gotten progressively worse over the past year. See Report of Dr. McLennan attached hereto as Exhibit E. The level of spasticity and numbness noted on January 31, 2002 was clearly more advanced than what we saw when evaluating Mr. Bertram in October, 2000.

11. Mr. Bertram underwent a thoracic laminectomy on February 12, 2001 at which time some spinal fluid was aspirated from the cyst. In February, 2003, he had another thoracic laminectomy with removal of subarachnoid adhesions and the placement of a shunt for drainage.

In July, 2003, he underwent a revision of the pleural shunt. See operative notes attached hereto as Exhibit F. In October, 2003, his ambulation and lower extremity strength was noted to have improved considerably. See note of Dr. Harrington attached hereto as Exhibit G.

    12. While in Connecticut, Mr. Bertram underwent specialist evaluations and MRIs of the head and lumbar spine in an effort to evaluate his headaches, lower back pain, leg weakness and complaints of numbness. As noted in the affidavits of Dr. Timothy Silvis and Dr. Edward Blanchette and exhibits attached thereto, his symptoms while in Connecticut were noted to fluctuate considerably. When I saw Mr. Bertram on October 26, 2000, his symptoms of leg weakness and numbness were not as pronounced as they were noted to be a year later in Rhode Island and the results of the neurological testing which we conducted were not consistent with some of the reported leg weakness and numbness symptoms. When an MRI of the lumbar spine on December 8, 2000 revealed spinal stenosis and disc bulges as a source of pressure on the spinal cord, it was reasonable to assume that Mr. Bertram would very likely need further follow-up which could be most efficiently and effectively provided in Rhode Island where prior approval for subsequent evaluation and treatment would not be required.

    13. In reviewing the Complaint in this case, I noted that Mr. Bertram was very critical of many individuals who tried to evaluate his complaints including myself and my staff at the Neurology Department at John Dempsey Hospital. He refers to the neurological testing as resembling a sobriety test and suggests that the neurological testing was done for our entertainment. Some neurological testing may resemble a sobriety test. I did question Mr. Bertram at some length regarding his reported ambulation problems and numbness because it was apparent to those of us conducting the evaluation that the relatively normal findings were not consistent with some of his statements. While we did not see any need for a further

4

neurological work-up at that time, we would have seen him in the future to evaluate any changes in his condition. As noted earlier, however, given the need for prior authorization from Rhode Island correctional medical officials, it was clearly preferable to transfer him back to Rhode Island for any further evaluation and treatment.

    14. In view of the several months that passed after Mr. Bertram's return to Rhode Island before any further MRIs or neurological/orthopedic evaluations were conducted, it seems reasonable to conclude that the Rhode Island correctional-medical staff did not determine that there was a need for any urgent follow-up. The reason for this might be that intraspinal arachnoid cysts are quite rare. Symptoms associated with spinal cord compression are much more likely to have other causes such as disc bulging and spinal stenosis. It does not appear as though anyone in Rhode Island suspected the presence of a thoracic arachnoid cyst until after the MRI that was performed in November, 2001.

    I, Leslie Wolfson, M.D., do hereby swear that the contents of the foregoing affidavit are true and accurate to the best of my knowledge and belief.

_____/s/_____
Leslie Wolfson, M.D.

Subscribed and sworn to, before me, this __20th__ day of May, 2004.

_____/s/_____
Richard T. Couture
Commissioner of the Superior Court

5

DEFENDANTS
John Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____/s/_____
Richard T. Couture
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct05480
E-Mail:  richard.couture@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Affidavit of Leslie Wolfson, M.D., with attached exhibits, was mailed on this 27th day of May, 2004, to:

Frank Allen Bertram, No. 74523
Adult Correctional Institution
Medium Security 1
P.O. Box 8274
Cranston, RI  02920

_____/s/_____
Richard T. Couture
Assistant Attorney General