UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FRANK ALLEN BERTRAM

                                        PRISONER
v.                              CIVIL NO. 3:02cv1613 (AVC)(TPS)

JOHN J. ARMSTRONG
JACK TOKARZ
MARK STRANGE
EDWARD BLANCHETT
TIMOTHY SILVIS
DEPARTMENT OF CORRECTION

## J U D G M E N T

This cause came on for consideration on defendants' motion for summary judgment before the Honorable Alfred V. Covello, United States District Judge.

On October 24, 2002, the court dismissed all claims against defendant Department of Correction.

The Court has considered the motion and all the related papers. On September 24, 2004, the Court filed its Ruling on Defendants' Motion for Summary Judgment granting the motion and directing the Clerk to enter judgment and close this case.

Therefore it is **ORDERED** and **ADJUDGED** that judgment is entered in favor of the defendants and the case is closed.

Dated at Bridgeport, Connecticut this 30th day of September, 2004.

                                          KEVIN F. ROWE, Clerk

                                          By   /s/ Donna P. Thomas
                                                Donna P. Thomas
                                                Deputy Clerk

Entered on the Docket _____